# MILES FEINSTEIN
Attorney-At-Law

1135 Clifton Avenue • Suite 202 • Clifton, New Jersey 07013 • Telephone: (973) 779-1124 • Fax: (973) 779-9883

February 5, 2014

Honorable Esther Salas, U.S.D.J.
M.L. King, Jr. Federal Bldg. & Courthouse
Room 5076
50 Walnut Street
Newark, New Jersey 07102

Re: <u>United States v. Giuseppe Giudice</u>
    Crim. No. 13-495(ES)

Dear Judge Salas:

    I represent the defendant Giuseppe Giudice in the above-captioned matter. I respectfully join in the arguments presented in the Reply Brief (filed February 5, 2014) filed on behalf of co-defendant Teresa Giudice. I also rely on all other arguments made in Mr. Giudice's "Memorandum of Law in Support of Pretrial Motions" (filed on January 15, 2014).
    I will also argue on behalf of these pretrial motions during the oral argument.
    Thank you for your courtesy and cooperation.

Very truly yours,

Miles Feinstein

MRF/jvs
cc: Jonathan W. Romankow, AUSA
    Henry E. Klingeman, Esq.
    Ernesto Cerimele, Esq.