PAUL J. FISHMAN  
United States Attorney  
LEAH A. FARRELL  
Assistant U.S. Attorney  
970 Broad Street, Room 700  
Newark, NJ 07102  
(973) 645-2736

2015 MAY 28 PM 2:  
U.S. ATTORNEY'S OFFICE  
DISTRICT OF NEW JERSEY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERESA GIUDICE,<br>GIUSEPPE GIUDICE<br><br>Defendant. | Hon. ESTHER SALAS<br><br>Criminal No. 13-495<br><br>CONSENT ORDER FOR<br>WRIT OF EXECUTION |

The plaintiff, United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey, and Defendant Teresa Giudice consent to a Writ of Execution against the following property:

1. There is or may be property in which the debtor has possession, custody, or control, and in which the debtor has a substantial nonexempt interest which may be levied upon for payment of the above judgement, described as follows:

> **Household Furnishing at**
> **6 Indian Lane**
> **Towaco, NJ 07082**

WHEREFORE, the United States respectfully requests that the Court grant a consent order for a Writ of Execution in accordance with the Federal Debt Collection Procedures Act of 1990.

_____
Teresa Giudice
Defendant

_____
Giuseppe Giudice
Defendant

By: _____
LEAH A. FARRELL / by Eamonn O'Hogan
Assistant U.S. Attorney

IT IS SO ORDERED this 5th day of June 2015, 2014.

_____
HON. ESTHER SALAS, JUDGE
UNITED STATES DISTRICT COURT