PAUL J. FISHMAN
United States Attorney
EAMONN F. O'HAGAN
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
(973) 297-4371

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                  **Plaintiff,**<br>v.<br><br>**TERESA GIUDICE,**<br><br>                  **Defendant.** | Hon. ESTHER SALAS<br><br>Criminal No. 13-495<br><br>**CONSENT ORDER FOR**<br>**WRIT OF EXECUTION** |

      The plaintiff, United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey, and Defendant Teresa Giudice consent to a Writ of Execution against the following property:

      1. There is or may be property in which the debtor has possession, custody, or control, and in which the debtor has a substantial nonexempt interest which may be levied upon for payment of the above judgment, described as follows:

            **(1) 2005 Maserati Quattroporte**
            **VIN: ZAMCE39A350017650**

      WHEREFORE, the United States respectfully requests that the Court issue a Writ of Execution in accordance with the Federal Debt Collection Procedures Act of 1990.

_____
Teresa Giudice
Defendant

By: _____
EAMONN B. O'HAGAN
Assistant U.S. Attorney

IT IS SO ORDERED this 5th day of June, 2015.

_____
HON. ESTHER SALAS, JUDGE
UNITED STATES DISTRICT COURT