PAUL J. FISHMAN
United States Attorney
EAMONN J. O'HAGAN
Assistant U.S. Attorney
970 Broad Street, Room 701
Newark, NJ 07102
(973) 297-4371
(FLU:WC)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br>v.<br><br>**TERESA GIUDICE,**<br><br>        *Defendant,*<br>and<br><br>**BRAVO**<br><br>      *Garnishee.* | Hon. ESTHER SALS<br><br>Criminal No. **13-495**<br><br>**CONSENT<br>GARNISHEE ORDER** |

  WHEREAS, judgment was entered on the 10th day of October 2014 in the above action in the United States District Court, District of New Jersey, between the United States of America, plaintiff and Teresa Giudice, defendant, 6 Indian Lane, Towaco, NJ 07082, SS# \*\*\*-\*\*-6982 for the sum of $414,588.90; it is hereby

  AGREED that defendant, Teresa Giudice consents to the following: Bravo, Garnishee, shall withhold 25% of any monies held on behalf of, or payable to Teresa Giudice, and pay the sum to the plaintiff.

  Funds should be made payable by check to, U.S. Treasury, Ref# 13-495 and sent to,

United States District Court, Attn: Financial Section, 402 East State St, Trenton, NJ 08608.

_____
Teresa Giudice
Defendant

By: _____
EAMONN J. O'HAGAN
Assistant U.S. Attorney

IT IS SO ORDERED this 5th day of June, 2015.

_____
HON. ESTHER SALAS, JUDGE
UNITED STATES DISTRICT COURT